IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO. 4:99-CR-175-P |
| VS. | § | |
| | § | |
| BRENSON STOVALL | § | |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS</u>

The Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on February 14, 2006.

3. The Defendant's written objections to the proposed findings, conclusions and recommendation of the United States magistrate judge filed on March 8, 2006.

The Court, after <u>de novo</u> review, finds and determines that defendant Stovall's objections must be overruled, and that the motion to reduce sentence under 18 U.S.C. § 3582(c)(2) should be denied, for the reasons stated in the magistrate judge's findings and conclusions.

It is therefore ORDERED that the findings, conclusions, and recommendation of the magistrate judge should are ADOPTED.

It is further ORDERED that defendant Brenson Stovall's motion to reduce sentence under 18 U.S.C. § 3582(c)(2) [docket no.145] is DENIED.

SIGNED March 13, 2006.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE